Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Breanna Berndsen, Kristen Elizabeth Joyce Campbell, Charly Dahlquist, Taylor Flaherty, Ryleigh Houston, Anna Kilponen, Rebekah Kolstad, Sarah LeCavalier, Alyssa MacMillan, Annelise Rice, and Abigail Stanley,

          Plaintiffs,

vs.

North Dakota University System,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:18-cv-125

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on June 19, 2019, the Defendant's motion to dismiss (Doc. 10) is GRANTED. The complaint is DISMISSED WITHOUT PREJUDICE. The Court FINDS AS MOOT the Plaintiffs' motion for oral argument (Doc. 16)

Date: June 20, 2019

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Sanders, Deputy Clerk*