# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Breanna Berndsen, Kristen Elizabeth, Joyce Campbell, Charly Dahlquist, Taylor Flaherty, Ryleigh Houston, Anna Kilponen, Rebekah Kolstad, Sarah LeCavalier, Alyssa MacMillan, Annelise Rice, and Abigail Stanley,<br><br>Plaintiffs,<br><br>v.<br><br>The North Dakota University System,<br><br>Defendant. | CIVIL ACTION NO.<br>3:18-CV-125-DLH-ARS |

## DEFENDANT'S POST-REMAND MOTION TO DISMISS
## THE PLAINTIFFS' COMPLAINT

Defendant, the North Dakota University System, on behalf of its member institution, the University of North Dakota ("UND"), files this Post-Remand Motion to Dismiss the Plaintiffs' Complaint. As argued in the attached memorandum of law supporting this Motion, the Plaintiffs' claims should be dismissed for two reasons. First, the Plaintiffs lack standing to bring suit because their claims are moot. Second, the Plaintiffs have failed to state a plausible claim for relief. For those reasons, this Court should dismiss their claims for lack of subject-matter jurisdiction under Federal Rule 12(b)(1) and for failure to state a claim under Rule 12(b)(6).

Respectfully submitted this 15th day of November, 2021.

                                                  State of North Dakota
                                                  Wayne Stenehjem
                                                  Attorney General

                                                  /s/ Daniel A. Cohen
                                                  Matthew A. Sagsveen
                                                  Solicitor General
                                                  State Bar ID No. 05613
                                                  Office of Attorney General

500 North 9th Street  
Bismarck, ND 58501-4509  
Telephone (701) 328-3640  
masagsve@nd.gov  

Daniel A. Cohen  
ND Special Assistant Attorney General  
Admitted *pro hac vice*  
Brandon O. Moulard  
Admitted *pro hac vice*  
NELSON MULLINS RILEY & SCARBOROUGH LLP  
201 17th Street NW, Suite 1700  
Atlanta, GA  30363  
Telephone (404) 322-6000  
dan.cohen@nelsonmullins.com  
brandon.moulard@nelsonmullins.com  
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies on this 15th day of November, 2021, I served a copy of the foregoing **DEFENDANT'S POST-REMAND MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT** by filing a copy using the CM/ECF electronic-filing system, which will send an electronic copy to the following attorneys of record:

| | |
|---|---|
| SIEGEL, YEE & BRUNNER<br>Dan Siegel<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Phone: (510) 839-1200<br>danmsiegel@gmail.com | VAN DYCK LAW FIRM, PLLC<br>Sharon L. Van Dyck<br>310 4th Avenue So., Suite 5010 Minneapolis, MN 55416<br>Phone: (612) 708-4244 |

State of North Dakota
Wayne Stenehjem
Attorney General

/s/ Daniel A. Cohen
Matthew A. Sagsveen
Solicitor General
State Bar ID No. 05613
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
masagsve@nd.gov

Daniel A. Cohen
ND Special Assistant Attorney General
Admitted *pro hac vice*
Brandon O. Moulard
Admitted *pro hac vice*
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
Telephone (404) 322-6000
dan.cohen@nelsonmullins.com
brandon.moulard@nelsonmullins.com
*Attorneys for Defendant*