# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Breana Berndsen, et al., ) | |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| vs. ) | Case No. 3:18-cv-125 |
| ) | |
| North Dakota University System, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Plaintiffs' notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure filed on December 13, 2021. See Doc. No. 38. The record reveals the Defendant has not been served or filed an answer or motion for summary judgment. Accordingly, the Court **ADOPTS** the Plaintiffs' notice (Doc. No. 38) and **ORDERS** the action be dismissed without prejudice and without costs or disbursements to any party, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2021.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court